IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Barry J. Reed | ) | Case No. 22-21132 JAD |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Related to Docket No. 29 - 30 |
| | ) | |
| Barry J. Reed | ) | Hearing Date and Time: |
| | ) | September 30, 2022 at 11:00 AM |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| American Express, | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AVOID JUDGMENT LIEN ENCUMBERING DEBTOR'S REAL PROPERTY PURSUANT 11 U.S.C § 522 (f)(1)(A) and U.S.C § 522 (f)(2)(A)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment Lien filed on September 1, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judgment Lien for Movant appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Avoid Judgment Lien were to be filed and served no later than September 19, 2022.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Judgment Lien be entered by the Court.

                                                       Respectfully submitted,

September 20, 2022                     /s/ Kenneth Steidl
Date:                                        Kenneth Steidl, Esquire
                                                 Attorney for the Debtor
                                                 STEIDL & STEINBERG
                                                 2830 Gulf Tower
                                                 707 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 391-8000
                                                 PA I. D. No. 34965
                                                 ken.steidl@steidl-steinberg.com