**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Barry J. Reed**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5761<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–21132–JAD | |

# Order of Discharge                                           12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barry J. Reed

<u>9/21/22</u>                                    **By the court:**   <u>Jeffery A. Deller</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21132-JAD |
| Barry J. Reed | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 21, 2022 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry J. Reed, 1689 Hancock Ave, Apollo, PA 15613-8402 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15489582 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15489583 | + | Amanda Reed, 102 Muffley Drive, Apollo, PA 15613-8532 |
| 15489584 | + | Apothaker & Associates, P.C., 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 15489595 | + | Collection Service Centers, Inc., PO Box 560, New Kensington, PA 15068-0560 |
| 15489598 | + | Credit Control, PO Box 4521, Chesterfield, MO 63006-4521 |
| 15489602 | + | Daniel Santucci, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15489607 | | Erin Capital Management LLC, co/ Shapiro Law office, P.C., 35 Rock Hill Road, Suite 150, Bala Cynwyd, PA 19004 |
| 15489608 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15489615 | + | Municipal Authority of Allegheny Twp., 136 Community Building Road, Leechburg, PA 15656-8208 |
| 15489623 | + | RLG, 54 Glenmaura National Blvd. Suite 104, Moosic, PA 18507-2161 |
| 15489627 | | US Acute Care Solutions, PO Box 14000, Belfast, ME 04915-4033 |
| 15489628 | + | Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 22 2022 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2022 23:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 22 2022 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2022 23:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 22 2022 03:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15489585 | | Email/Text: legal@arsnational.com | Sep 21 2022 23:18:00 | ARS National Service, P.O. Box 463023, Escondido, CA 92046-3023 |
| 15489586 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2022 23:19:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2560 |
| 15489589 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2022 23:19:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15489594 | | Email/Text: bankruptcy@clearviewfcu.org | | |

Case 22-21132-JAD   Doc 42   Filed 09/23/22   Entered 09/24/22 00:27:34   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 318 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 21 2022 23:19:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15489597 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 21 2022 23:18:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15489596 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 21 2022 23:18:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15489599 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 21 2022 23:19:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15489601 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2022 23:30:53 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15489600 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2022 23:30:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15489604 | + | EDI: DISCOVER.COM | Sep 22 2022 03:23:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15489605 | + | EDI: DISCOVER.COM | Sep 22 2022 03:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15489606 | ^ | MEBN | Sep 21 2022 23:15:33 | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 15489593 | | EDI: JPMORGANCHASE | Sep 22 2022 03:23:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15489592 | | EDI: JPMORGANCHASE | Sep 22 2022 03:23:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15489614 | ^ | MEBN | Sep 21 2022 23:15:38 | MRS BOP LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15489609 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2022 23:19:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15489611 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2022 23:19:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15489613 | ^ | MEBN | Sep 21 2022 23:16:00 | Mission Lane, PO Box 23075, Columbus, GA 31902-3075 |
| 15489616 | + | Email/Text: NCI_bankonotify@ncirm.com | Sep 21 2022 23:18:00 | Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |
| 15489619 | | EDI: PRA.COM | Sep 22 2022 03:23:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15489620 | | EDI: PRA.COM | Sep 22 2022 03:23:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15489618 | + | Email/PDF: ebnotices@pnmac.com | Sep 21 2022 23:30:43 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15489617 | + | Email/PDF: ebnotices@pnmac.com | Sep 21 2022 23:30:43 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15489621 | + | Email/Text: ngisupport@radiusgs.com | Sep 21 2022 23:18:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15489624 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 21 2022 23:18:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 15489625 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 21 2022 23:18:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15489890 | + | EDI: RMSC.COM | Sep 22 2022 03:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 22-21132-JAD  Doc 42  Filed 09/23/22  Entered 09/24/22 00:27:34  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 318 | Total Noticed: 45 |

| 15489629 | + Email/Text: notices@burt-law.com | Sep 21 2022 23:19:00 | Worldwide Asset Purchasing, c/o Burton Neil & Associates, 1060 Andrew Drive, West Chester, PA 19380-4292 |
|---|---|---|---|

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15489626 | | Tsarouhis Law Group, 21 S. 9th Street, Allentown |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15489587 | *+ | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2560 |
| 15489588 | *+ | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2560 |
| 15489590 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15489591 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15489603 | *+ | Daniel Santucci, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15489610 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15489612 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15489622 | *+ | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Sep 23, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Barry J. Reed julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |

District/off: 0315-2 User: admin Page 4 of 4
Date Rcvd: Sep 21, 2022 Form ID: 318 Total Noticed: 45
TOTAL: 6