IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Barry J. Reed | ) | Case No. 22-21132 JAD |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Docket No. |
| | ) | |
| Barry J. Reed | ) | |
| | ) | |
| Movant | ) | Related to Doc. #29 |
| | ) | |
| vs. | ) | |
| | ) | |
| American Express, | ) | **DEFAULT O/E JAD** |
| | ) | |
| Respondent | ) | |

## ORDER OF COURT

AND NOW, to wit, this ____22nd____ day of ___September_____, 2022, it is hereby

ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11

U.S.C. §522(f)(2)(A), that the judgment lien held by Respondent, American Express, at

Westmoreland County case number 2009-5678 in the amount of $2230.14, plus fees, costs and

interest is avoided unless this case is dismissed prior to discharge being entered, at which point

the judgment lien is reinstated.

_____sjk_____
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
9/22/22 1:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 22-21132-JAD

Barry J. Reed                                                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 2
Date Rcvd: Sep 22, 2022                   Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

**Recip ID                Recipient Name and Address**
db                  +  Barry J. Reed, 1689 Hancock Ave, Apollo, PA 15613-8402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Sep 24, 2022                               Signature:          /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:**

**Name                              Email Address**

Brian Nicholas
                          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Kenneth Steidl
                          on behalf of Debtor Barry J. Reed julie.steidl@steidl-steinberg.com
                          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                          eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Lisa M. Swope, Chapter 7 Trustee
                          on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com,
                          PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Lisa M. Swope, Chapter 7 Trustee
                          lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                          User: auto                                          Page 2 of 2
Date Rcvd: Sep 22, 2022                  Form ID: pdf900                            Total Noticed: 1

Rebecca Solarz
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

TOTAL: 6